# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00262-BNB

JOHN NASIOUS,

    Plaintiff,

v.

ARAPAHOE COUNTY DETENTION FACILITY,
SHERIFF J. GRAYSON ROBINSON, in his individual and official capacity,
ARAMARK CORRECTIONAL SERVICES,
EDDIE CILMORE, in his individual and personal capacity,
ARAMARK CORP., JOSEPH NEUBAUER, CEO, Philadelphia, PA, in his individual and personal capacity,
COLORADO DEPARTMENT OF CORRECTIONS – OFFICE OF CORRECTIONAL LEGAL SERVICES – LEGAL ACCESS PROGRAM (Cañon City Complex),
JULIE RUSSELL AND COMPLETE STAFF, in their individual and official capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR - 6 2008

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Plaintiff's "Motion of Praecipe" filed on March 5, 2008, is DENIED.

Dated: March 6, 2008

Copies of this Minute Order mailed on March 6, 2008, to the following:

John Nasious
Prisoner No. 98775
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

                                                          Secretary/Deputy Clerk