FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 25 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE ZITA L. WEINSHIENK

Civil Action No. 08-cv-00262-ZLW-KMT

JOHN NASIOUS,

    Plaintiff,

v.

SHERIFF J. GRAYSON ROBINSON, Arapahoe County Detention Facility, and
EDDIE CILMORE, Aramark Correctional Services,

    Defendants.

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: April 24 , 2008

BY THE COURT:

*Zita L. Weinshienk*

ZITA L. WEINSHIENK, SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00262-ZLW-KMT

John Nasious
Doc No. 98775
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Sheriff J. Grayson Robinson and Eddie Cilmore

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Sheriff J. Grayson Robinson and Eddie Cilmore: AMENDED COMPLAINT FILED 04/01/08, SUMMONS, NOTICE OF WAIVER, AND NOTICE OF AVAILABILITY OF A U.S. MAGISTRATE JUDGE CONSENT FORM
on  4/25/08.

                                       GREGORY C. LANGHAM, CLERK

                                       By: _____
                                                 Deputy Clerk