IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00262-ZLW-KMT

JOHN NASIOUS,

    Plaintiff,

v.

SHERIFF T. GRAYSON ROBINSON - Arapahoe County Detention Facility,
in his official and individual capacity, and
EDDIE GILMORE - Aramark Correctional Services,
in his official and individual capacity,

    Defendants.

---

## AMENDED ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Zita L. Weinshienk, pursuant to the Order of Reference dated April 30, 2008. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **July 22, 2008,** at **10:45 a.m.,** in Courtroom A-601, Sixth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

DATED this 23rd day of June, 2008.

BY THE COURT:

s/ Kathleen M. Tafoya
United States Magistrate Judge