IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-00262-CMA-KMT | FTR |
| Date: March 26, 2009 | Debra Brown, Deputy Clerk |
| JOHN NASIOUS | Pro se (Telephone) |
| Plaintiff. | |
| v. | |
| T. GRAYSON ROBINSON, et al. | Edward M. Caswall |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:47 a.m.**

Court calls case. Appearance by plaintiff, pro se by telephone and of counsel.

Statements by the Court regarding the various pending motions.
Discussion by the Court and Mr. Nasious that he is not receiving legal mail from defense counsel.

Defendant's [29] MOTION to Compel Responses to Discovery Pursuant to Fed.R.Civ.P. 37 filed September 30, 2008, Defendant's [38] MOTION to Reset Discovery Cut-Off and Dispositive Motion Dates filed February 19, 2009 and Defendant's [37] MOTION to Dismiss for Lack of Prosecution at issue.
Statements by Mr. Nasious.
Statements by Mr. Caswall.

**ORDERED:** The Clerk of the Court is directed to add Case Manager for John Nasious, #98775, Sterling Correctional Facility (SCF), P.O. Box 6000, Sterling, CO 80751 to the mailing.

**ORDERED:** Defendant's [29] MOTION to Compel Responses to Discovery Pursuant to Fed.R.Civ.P. 37 filed September 30, 2008 is **GRANTED.** Plaintiff shall have until **April 10, 2009** to respond to Defendant Sheriff J. Grayson Robinson's First set of Interrogatories [Document 29-4].

**ORDERED:** Defendant's [38] MOTION to Reset Discovery Cut-Off and Dispositive Motion

Dates filed February 19, 2009 is **GRANTED.** Discovery is extended to June 10, 2009 and Dispositive Motions to July 10, 2009.

**ORDERED:** Defendant's [37] MOTION to Dismiss for Lack of Prosecution filed February 19, 2009 is **DENIED.**

Discussion by the Court and parties regarding service on Defendant Climer.

**ORDERED:** The United States Marshal Service will be instructed to attempt service on Eddie Climer, at the two addresses for Aramark Correctional Services as provided on the record. The Order to Show Cause issued by the Court on March 25, 2009 is **VACATED.**

**Court in recess: 10:17 a.m.**
Total In-Court Time 0:30; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.