IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00262-CMA-KMT

JOHN NASIOUS

    Plaintiff.

v.

SHERIFF T. GRAYSON ROBINSON - Arapahoe County Detention Facility,
in his official and individual capacity, and
EDDIE CLIMER - Aramark Correctional Services,
in his official and individual capacity,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 30 2009

GREGORY C. LANGHAM
    CLERK

---

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

---

This matter comes before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the Defendant Eddie Climer. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendant at one of the following addresses:

Aramark Correctional Services
1101 Market Street
Philadelphia, Pennsylvania 19107

Aramark Correctional Services, Regional Office
1199 South Belt Line Rd., Ste. 160
Coppell, Texas 75019

If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that Defendant Climer or counsel for the defendant shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendant.

Dated this 30th day of March, 2009.

BY THE COURT:

Kathleen M. Tafoya
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00262-CMA-KMT

John Nasious
Prisoner No. 98775
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

US Marshal Service
Service Clerk
Service forms for: Eddie Climer

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following service forms to the U.S. Marshal for process of service on Eddie Climer: AMENDED COMPLAINT FILED 04/01/08, ORDER FILED 4/16/09, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 3/30/09.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk