IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-00262-CMA-KMT

JOHN NASIOUS

    Plaintiff,

v.

SHERIFF T. GRAYSON ROBINSON - Arapahoe County Detention Facility,
in his official and individual capacity, and
EDDIE CLIMER - Aramark Correctional Services,
in his official and individual capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Defendant Sheriff J. Grayson Robinson's Motion to Vacate and Reset Pretrial Conference" (# 50, filed April 20, 2009) is GRANTED. The Final Pretrial Conference set for April 30, 2009 is VACATED and RESET to September 10, 2009 at 10:00 a.m.

Plaintiff, or his/her case manager, shall arrange for his/her participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated: April 21, 2009