IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00262–CMA–KMT

JOHN NASIOUS,

    Plaintiff,

v.

SHERIFF T. GRAYSON ROBINSON - Arapahoe County Detention Facility,
in his official and individual capacity, and
EDDIE CLIMER - Aramark Correctional Services,
in his official and individual capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

Plaintiff's "Motion for an Order Compelling Discovery" (# 59, filed May 13, 2009) is DENIED for failure to confer as required by Local Rules 7.1A and Fed. R. Civ. P. 37. To the extent Plaintiff seeks to compel the documents listed in his motion, it does not appear that Plaintiff has ever submitted a formal discovery request to Defendants for these materials. Additionally, Plaintiff has failed to comply with Local Rule 37.1, which requires a motion under Fed. R. Civ. P. 37 to set forth verbatim the interrogatory, request, and response to which the motion is directed.

Dated: May 15, 2009