IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-00262-CMA-KMT | FTR |
| **Date:** July 27, 2009 | Debra Brown, Deputy Clerk |
| JOHN NASIOUS | Pro se (Telephone) |
| Plaintiff, | |
| v. | |
| T. GRAYSON ROBINSON, et al. | Edward M. Caswall |
| EDDIE CLIMER | Edmund Kennedy |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 9:06 a.m.**

Court calls case.  Appearance by plaintiff, pro se and counsel.

Opening statements by the Court regarding Defendant's MOTION for Sanctions and/or To Compel Responses to Discovery Pursuant to Fed.R.Civ.P. 37 [Document #64, filed June 10, 2009] for Plaintiff's failure to comply with this Court's discovery order entered 03/26/2009 and compelling Plaintiff to provide full and non-evasive responses to the discovery requests.

**ORDERED:**   Defendant's MOTION for Sanctions and/or To Compel Responses to Discovery Pursuant to Fed.R.Civ.P. 37 [Document #64, filed June 10, 2009] **is GRANTED in part.** Plaintiff is **ORDERED** to respond in writing, fully and completely to Defendant's Interrogatories Nos. 1, 2, 3, 4, 5, 6, 7, 8, 9, 11, 15 and 18 on or before **August 18, 2009**. Plaintiff is to provided any supporting documentation requested on or before **August 18, 2009.** Plaintiff is cautioned that his failure to comply with the Court's Order may result in a Recommendation for dismissal.

**Court in recess: 9:42 a.m.**
Total In-Court Time 0:36; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.