IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08–cv–00262–CMA–KMT

JOHN NASIOUS,

    Plaintiff,

v.

SHERIFF T. GRAYSON ROBINSON - Arapahoe County Detention Facility,
in his official and individual capacity, and
EDDIE CLIMER - Aramark Correctional Services,
in his official and individual capacity,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

"Plaintiff's Motion for Leave of Court to File Surreply Response to Defendant J. Graysons [sic] Robinson Amended" (#84, filed November 10, 2009) is DENIED. The Local Rules of Practice for United States District Court for the District of Colorado do not allow for the filing of a surreply. *See* D.C.COLO.LCivR 7.1C. Furthermore, it is apparent Plaintiff has merely refiled the Surreply (#81, filed October 30, 2009) stricken by this court on November 2, 2009 (#83) and labeled it as the present Motion. Plaintiff has failed to state with particularity the grounds for filing a surreply as is required by Fed. R. Civ. P. 7(b).

Dated: November 12, 2009